United States District Court
Southern District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAMES MERKER and GWENDOLYN MERKER, Plaintiffs, § § § § VS. § § AMERIQUEST MORTGAGE COMPANY, § Defendant. § | C.A. No. B-03-097 |

## AMERIQUEST MORTGAGE COMPANY'S CERTIFICATE OF INTERESTED PARTIES

AMERIQUEST MORTGAGE COMPANY (hereinafter "Ameriquest") provides the following as a list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other entities who or which are financially interested in the outcome of the case. If a large group of persons or firms can be specified by a generic description, individual listing is not necessary.

**PLAINTIFFS, JAMES MERKER and GWENDOLYN MERKER.**

**ATTORNEYS:**
John Ventura, Daniel Whitworth & Richard Mlynek
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas 78521

**DEFENDANT: AMERIQUEST MORTGAGE COMPANY, a private company**

**ATTORNEYS:**
Lindsay L. Lambert, TBN: 11844225
C. Ed Harrell, TBN: 09042500
Hughes, Watters & Askanase, L.L.P.
1415 Louisiana, 37th Floor
Houston, Texas 77002
713/759-0818
713/759-6834 – Fax

**EXHIBIT "E"**

Respectfully submitted,

_____
Lindsay L. Lambert
TBN: 11844225
1415 Louisiana, 37th Floor
Houston, Texas 77002
(713) 759-0818
(713) 759-6834 – Fax
ATTORNEY IN CHARGE FOR
DEFENDANT AMERIQUEST, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Certificate of Interested Parties has been sent to the Plaintiffs' counsel of record by certified mail, return receipt requested, this 27th day of May, 2003.

John Ventura, Daniel Whitworth & Richard Mlynek
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas  78521

_____
Lindsay L. Lambert