UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES MERKER, and | § | |
| GWENDOLYN MERKER | § | |
|     Plaintiffs | § | |
| vs. | § | CIVIL NO. B-03-097 |
| | § | |
| AMERIQUEST MORTGAGE COMPANY | § | |
|     Defendant | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

    James and Gwendolyn Merker, Plaintiffs, provide the following as a list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other entities who or which are financially interested in the outcome of the case. If a large group of persons or firms can be specified by a generic description, individual listing is not necessary.

    PLAINTIFFS, James and and Gwendolyn Merker
    Attorneys:
    John Ventura, Daniel Whitworth and Richard Mlynek
    Law Offices of John Ventura, P.C.
    62 E. Price Rd.
    Brownsville, Texas 78521

    DEFENDANT, Ameriquest Mortgage Company
    Attorneys:
    Lindsay L. Lambert, C.Ed Harrell
    Hughes, Watters & Askanase, LLP
    1415 Louisiana, 37th Floor
    Houston Texas 77002

DATED: June 17, 2003

Respectfully submitted,
Law Offices of John Ventura, P.C.

By: _____
JOHN VENTURA
State Bar No. 20545700
DANIEL WHITWORTH
State Bar No. 24008275
RICHARD MLYNEK
State Bar No. 24007689
62 E Price Rd
Brownsville Texas 78520
(956) 546-9398
(956) 542-1478 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this June 17, 2003, a true and correct copy of the foregoing Plaintiffs Certificate of Interested Parties was delivered by regular, Certified Mail R.R.R., First Class, U. S. Mail to the following:

**Defendant:**
Certified Mail R.R.R.
Ameriquest Mortgage Corp.
c/o Lindsay L. Lambert
Hughes, Watters & Askanase, LLP
1415 Louisiana, 37th Floor
Houston Texas 77002-7354

_____
DANIEL WHITWORTH