**JOHN VENTURA**
Board Certified Consumer
Bankruptcy Law, Texas Board
of Legal Specialization

Ellen C. Stone

Daniel Whitworth

Richard Mlynek

LAW OFFICES OF

# JOHN VENTURA, P.C.

*Helping People When They Need It Most....*

**Bankruptcy * Personal Injury * Consumer Law**
62 E. Price Rd. • Brownsville, Texas 78521
Tel: (956) 546-9398 • (956) 542-1478
Facsimile
"Principal Office"

McAllen Office:
711 Nolana Loop, Suite 104
McAllen Texas 78504
(956) 630-2822

Harlingen Office:
623 E. Tyler Ave.
Harlingen Texas 78550
(956) 440-0398

September 22, 2003

United States District Court
Southern District of Texas
FILED

SEP 2 2 2003

Michael N. Milby
Clerk of Court

**Via Hand Delivery**
Hon. Judge Andrew S. Hanen
600 E. Harrison
Brownsville, Texas 78521

Re:   James Merker vs Ameriquest Mortgage Company; Cause No. B-03-097

Dear Judge Hanen:

Pursuant to our conversation with your Court Coordinator, Irma, we are requesting that counsel for the respective parties in this case be allowed to appear telephonically for the Court's Initial Pretrial Conference. The conference is set on the Court's docket for Friday, September 26, 2003 at 9:30 a.m. The parties have filed the Joint Case Management Plan pursuant to the Order Setting Conference and are also attempting to resolve their disputes through informal settlement negotiations. Lead Plaintiff's counsel practices in Dallas and Defense counsel practices in Houston. At present, there are no pending motions before the Court.

In the event the parties can appear telephonically, the conference call will be initiated by counsel for the parties.

Respectfully,

Daniel Whitworth
Co-counsel for Plaintiff

xc:   Karen Kellett
      Lindsay Lambert