United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**
(HELD TELEPHONICALLY)

CIVIL ACTION NO. __B-03-097__     DATE & TIME __9/26/03 @ 10:30 -10:42 am__

                                                           COUNSEL:

__JAMES MERKER, ET AL__           §   __Karen Kellett__

VS                                §

__AMERIQUEST MORTGAGE CO.__       §   __Lindsay Lambert__


Courtroom Deputy:  Irma Soto
Law Clerk:         Southwick/O'Leary
Court Reporter:    Barbara Barnard
CSO:

Case called on the docket.

Karen Kellett appears for Plaintiff. Lindsay Lambert appears for Defenant. Attorneys appear telephonically.

Court addresses facts of case. The following deadlines are set by the Court:

   Jury Selection is set for 6/3/04 @ 9:00 am
   Docket Call is set for 6/1/04 @ 1:30 pm
   Joint Pretrial Order due by 5/14/04
   Non-dispositive motions due by 5/14/04
   New parties joined by 10/17/03
   Plaintiffs' experts submitted by 11/14/03
   Defendant's experts submitted by 12/19/03
   Dispositive motions due by 4/16/04
   Discovery to be completed by 5/7/04

ETT - 2 days. Counsel will do voir dire. Jury to be 12 members with 10 or more to reach a verdict.

Court is adjourned.