IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES MERKER, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-097 |
| AMERIQUEST MORTGAGE CO. | § § | |

United States District Court
Southern District of Texas
ENTERED
OCT 0 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   __October 17, 2003__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __November 14, 2003__

4. The defendant's experts must be named with a report furnished by:   __December 19, 2003__

5. Discovery must be completed by:   __May 7, 2004__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   __April 16, 2004__

   Non-Dispositive Motions will be filed by:   __May 14, 2004__

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:   __May 14, 2004__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:   __June 1, 2004__

9. Jury Selection is set for 9:00 a.m. on:*   __June 3, 2004__

*Counsel to do voir dire. Jury to be twelve(12) members (not including alternates) with ten (10) or more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the __26th__ day of __September__, 2003.

_____
Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**