UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 2 7 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAMES MERKER, and § | |
| GWENDOLYN MERKER, § | |
| Plaintiffs, § | |
| vs. § | C. A. No. B-03-097 |
| § | |
| AMERIQUEST MORTGAGE COMPANY, § | |
| Defendant. § | |

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

TO: Defendant, Ameriquest Mortgage Company, through its attorney, Lindsay L. Lambert, Hughes, Watters & Askanase, L.L.P., 1415 Louisiana, 37th Floor, Houston, Texas 77002-7354.

Pursuant to Fed. R. Civ. P. 26(a)(1), James Merker and Gwendolyn Merker, Plaintiffs, provide the following initial disclosures based on the information reasonably available to them.

### A. Individuals with Discoverable Information

1. The name, address, and telephone number of individuals likely to have discoverable information that Plaintiffs may use to support their claims or defenses include:

   a. James Merker
      Gwendolyn Merker
      2817 Austrian Pine Ct.
      Harlingen, TX 78550        (956) 831-6088
      Subject of Knowledge:      Plaintiffs in the above-referenced lawsuit with
                                 knowledge as to claims made against Defendant.

   b. Norma Linda Flores
      Address Unknown
      Subject of Knowledge:      Notary Public that notarized certain loan and
                                 closing documents.

PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES - Page 1

c.  Martha Donas
    Ameriquest Mortgage Co.
    Address Unknown
    Subject of Knowledge:      Signed certain loan documents on behalf of
                               Defendant.

d.  Sun Yang Kupis
    Ameriquest Mortgage Co.
    1100 Town & Country Road
    Suite 450
    Orange, California 92868   (714) 541-9960
    Subject of Knowledge:      Counsel for Ameriquest. Responded to RESPA
                               letter.

e.  John Ventura
    Conrad A. Bodden
    Daniel P. Whitworth
    Law Offices of John Ventura, P.C.
    62 E. Price Road
    Brownsville, Texas 78521   (956) 546-9398
    Subject of Knowledge:      Attorneys for Plaintiffs.

f.  Karen L. Kellett
    The Kellett Law Firm,
    A Professional Corporation
    Founders Square
    900 Jackson Street
    Suite 120
    Dallas, Texas 75202        (214) 292-3660
    Subject of Knowledge:      Attorneys for Plaintiffs.

g.  Lindsay Lambert
    Hughes, Watters & Askanase, L.L.P.
    1415 Louisiana, 37th Floor
    Houston, Texas 77002-7354  (713) 759-0818
    Subject of Knowledge:      Attorneys for Defendant.

## B. Relevant Documents & Tangible Things

2.  The following is a list of documents, data compilations, and tangible things in Plaintiffs' possession, custody or control, described by category and location, or produced, that Plaintiffs may use to support their claims or defenses. Copies are being provided to Defendant.

**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES - Page 2**

Exhibit 1.   Loan Documents provided to Plaintiffs at closing or before and Bates-labeled M 00001 through M 00107.

Exhibit 2.   Correspondence between Conrad Bodden and Ameriquest, and Bates-labeled M 00108 through M 00111.

Exhibit 3.   Requests for admissions served by Lindsay Lambert on Dan Whitworth on September 17, 2003 (with attachments) and Bates-labeled M 00112 through M 00235.

Exhibits are not being filed herewith, but have been provided to the attorney for Defendant.

### C. Information Related to Calculation of Damages

3.   Damages are still being determined and will be supplemented. In addition, Plaintiffs claim statutory damages under RESPA, Article 16, Section 50 of the Texas Constitution, and the Texas Deceptive Trade Practices Act. In addition, attorneys' fees will be included as damages.

### D. Insurance

4.   Not applicable.

DATED:   October 24, 2003

Respectfully submitted,

THE KELLETT LAW FIRM,
A Professional Corporation

By: *Karen L. Kellett* (signature)
Karen L. Kellett
Texas Bar No. 11199520

Founders Square
900 Jackson Street
Suite 120

**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES - Page 3**

Dallas, Texas 75202
Telephone: 214-292-3660
Facsimile: 214-744-3661

LAW OFFICES OF JOHN VENTURA, P.C.
Daniel P. Whitworth
Texas Bar No. 24008275
John Ventura
Texas Bar No. 20545700
62 E. Price Rd.
Brownsville, Texas 78521
Telephone: 956-546-9398
Facsimile: 956-542-1478

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2003, a true and correct copy of the foregoing Plaintiffs' Rule 26(a)(1) Initial Disclosures was delivered by Certified Mail, Return Receipt Requested, to the following:

Lindsay L. Lambert, Esq.
Hughes, Watters & Askanase, L.L.P.
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354

*Karen L. Kellett*
Karen L. Kellett