UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAMES MERKER, and § | |
| GWENDOLYN MERKER § | |
| § | CA NO. B-03-097 |
| v. § | |
| § | |
| AMERQUEST MORTGAGE COMPANY § | |

### DEFENDNAT'S RULE 26(a)(1) INITIAL DISCLOSURES

TO: JAMES MERKER and GWENDOLYN MERKER, Plaintiffs, by and through their attorneys of record, Karen L. Kellett, THE KELLETT LAW FIRM, P.C., Founders Square, 900 Jackson Street, Suite 120, Dallas, Texas 75202, and Daniel P. Whitworth, LAW OFFICES OF JOHN VENTURA, P.C., 62 E. Price Road, Brownsville, Texas 78521.

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Ameriquest Mortgage Company, Defendant, makes the following initial disclosures:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

> James Merker
> Gwendolyn Merker
> 2817 Austrian Pine Court
> Harlingen, Texas 78550
> 956-831-6088
> **Plaintiffs in the above referenced litigation.**
>
> Norma Linda Flores
> **Address and phone number unknown**
> **Notary Public who notarized certain loan and closing documents.**
>
> Martha Donas
> **Ameriquest Mortgage Company**
> **Address and phone number not presently known**
> **Counter-signed certain loan documents on behalf of Defendant.**

610743-1:AMEQ:0022                                              1

B.  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

**See attached documents as well as all documents provided in Defendant's Requests for Admissions to Plaintiff James Merker and Defendant's Requests for Admissions to Plaintiff Gwendolyn Merker.**

C.  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**Defendant is not seeking any damages at this time.**

D.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**A copy of the title commitment for Mortgagee's Title Insurance is attached hereto.**

Respectfully submitted,

*/s/ Lindsay L. Lambert*
Lindsay L. Lambert
TBN 11844225, FBN 15079
Attorney-in-Charge
1415 Louisiana, 37th Floor
Houston, Texas 77002-7354
Telephone: (713) 759-0818
Facsimile: (713) 759-6834

OF COUNSEL:

HUGHES, WATTERS & ASKANASE, L.L.P.
C. Ed Harrell
TBN 09042500, FBN 2079
1415 Louisiana, 37th Floor
Houston TX 77002-7354
Telephone: (713) 759-0818
Facsimile: (713) 759-6834
ATTORNEYS FOR DEFENDANT,
AMERIQUEST MORTGAGE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on October 28, 2003, via certified mail, return receipt requested, to the following parties:

Karen L. Kellett
THE KELLETT LAW FIRM, P.C.
Founders Square
900 Jackson Street, Suite 120
Dallas, Texas 75202

Daniel Whitworth
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas 78521

Lindsay L. Lambert