UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 29 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JAMES MERKER, and<br>GWENDOLYN MERKER<br>    Plaintiffs<br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY<br>    Defendant | § § § § § § § | CIVIL NO. B-03-097 |

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, James Merker and Gwendolyn Merker, and Defendant, Ameriquest Mortgage Company, and jointly announce to the Court that this matter has been fully compromised and settled and respectfully request that the Court dismiss Plaintiff's claims and causes of action against Defendant, with prejudice. All costs will be borne by the party incurring the same and each party shall pay its own attorney fees. The parties request the settlement be approved by the court because it will end the litigation in this case between Plaintiff and Defendant.

It is requested that the dismissal be entered with prejudice.

Respectfully Submitted,

LAW OFFICES OF JOHN VENTURA, P.C.                HUGHES, WATTERS & ASKANASE, L.L.P.

By: _____                      By: _____
    Daniel Whitworth                                  Lindsay L. Lambert
    Texas State Bar No.24008275                        1415 Louisiana,
    62 E. Price Rd.                                    37th Floor
    Brownsville, Texas 78521                           Houston, Texas 7700-7354
    (956) 546-9398 telephone
    (956) 542-1478 facsimile                           (713) 759-0818 telephone
                                                       (713) 759-6834 facsimile

COUNSEL FOR PLAINTIFFS,
**James and Gwendolyn Merker**                    COUNSEL FOR DEFENDANT,
                                                       **Ameriquest Mortgage Company**