UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAMES MERKER, and | § | |
| GWENDOLYN MERKER | § | |
| Plaintiffs | § | |
| vs. | § | CIVIL NO. B-03-097 |
| | § | |
| AMERIQUEST MORTGAGE COMPANY | § | |
| Defendant | § | |

## ORDER FOR DISMISSAL

The Plaintiffs, James and Gwendolyn Merker, and Defendant, Ameriquest Mortgage Company, by and through their attorneys of record, having jointly informed the Court that this matter has been fully compromised and settled and having already entered into and executed a valid Settlement Agreement and Release as a good faith settlement of a disputed claim under Federal Law, which adequately and appropriately protects the interests of the Plaintiff, and the Plaintiff having prayed that this cause be dismissed, with prejudice as it has been settled and the Defendants agreeing thereto, and both parties agreeing that each party shall be solely responsible for its own costs and attorney fees and appearing to the court that the dismissal with prejudice should be made as a prayed; It is therefore,

**ORDERED, ADJUDGED and DECREED** that this cause be dismissed with prejudice with each party's taxable costs and attorney fees to be paid by the party incurring the same.

**SIGNED FOR ENTRY** on this 30th day of January, 2004.

_____
HON. JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED

LAW OFFICES OF JOHN VENTURA, P.C.

By: _____
Daniel Whitworth
Texas Bar No: 24008275
62 E. Price Rd.
Brownsville, Texas 78521
(956) 546-9398 telephone
(956) 542-1478 facsimile

COUNSEL FOR PLAINTIFFS,
**James and Gwendolyn Merker**

HUGHES, WATTERS & ASKANASE, L.L.P.

By: _____
Lindsay Lambert
Texas Bar No. 11844225
1415 Louisiana, 37th Floor
Houston, Texas 77002
(713) 759-0818 telephone
(713) 759-6834 facsimile

COUNSEL FOR DEFENDANT,
**Ameriquest Mortgage Company**